**ORIGINAL**

NYC ET AL

DEFENDANT

ADAM . KAOUS

DOCKET NUMBER :

11 CIV 4353 (MKB)

[RECEIVED APR 10 2012 PRO SE OFFICE]

I (Adam Kaous) would like to let your honor   Judge JOAN.M.AZRACK (A.K) know about my current situation with Julie Kaous; with on going Custody Trail on supreme and family court in Kings County 320 Jay street and divorce, and also on going two fabricating Criminal cases that she fabricated against me in Manhattan Criminal court (100 center street).
Due to those facts, I would like to ask your honor to freez this case, because

I do not want to reveal the evidences that may or will affect other cases.

By: Adam B. Kaous

Adam Kaous
1938 67th street #"A3"
Brooklyn, N.Y 11204
Tel: 347 424 7236

A.K

cc: honor Judge Joan. M. Azrack

cc: Justin william Delle Cave